UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 16-cv-25047-JEM

DOUGLAS LONGHINI, individually,

        Plaintiff,

vs.

EQUITY ONE, INC., a Maryland corporation,
and FRITANGA MONTELIMAR PLAZA,
INC., a Florida corporation,

        Defendants.
_____/

## NOTICE OF SETTLEMENT

Defendant, Equity One, Inc., through its undersigned counsel, hereby gives notice that it has reached a final settlement with Plaintiff. The settlement documents are in the process of being prepared and final dismissal papers will be filed with the Court within twenty (20) days.

## CERTIFICATE OF SERVICE

WE CERTIFY that on March 30, 2017, a true and correct copy of the foregoing was filed with this Court using CM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or by U.S. Mail to those who are not authorized to receive electronically Notices of Electronic Filing.

        **GREENSPOON MARDER, P.A.**
        *Attorneys for Defendant, Equity One, Inc.*
        200 East Broward Boulevard, Suite 1800
        Fort Lauderdale, FL  33301
        Phone: (954) 491-1120 Ext. 1233
        Fax:    (954) 267-8027
        Peter.siegel@gmlaw.com

        BY: ___s/ Peter R. Siegel_____
            **PETER R. SIEGEL**
            Florida Bar #988634
            **ALEJANDRO I. LEIVA**
            Florida Bar #118309

CASE NO.: 16-cv-25047-JEM

## SERVICE LIST

*Attorneys for Plaintiff*

**Fuller, Fuller & Associates, P.A.**

John P. Fuller, Esq.
12000 Biscayne Blvd
Suite 502
North Miami, Florida 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
E-mail: jpf@fullerfuller.com


*Attorneys for Defendant*
*Fritanga Montelimar Plaza, Inc.*

**Langbein & Langbein, P.A.**

Leslie W. Langbein, Esq.
8181 NW 154th Street, Suite 105
Miami Lakes, FL 33016
Tel: (305) 556-3663
Fax: (305) 556-3647
Email: langbeinpa@bellsouth.net

2