UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-25047-CIV-GOODMAN

[CONSENT CASE]

DOUGLAS LONGHINI,

    Plaintiff,

v.

EQUITY ONE, INC., et al.,

    Defendants.

_____/

## ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Douglas Longhini and Defendant Fritanga Montelimar Plaza Inc. reached a settlement and filed a Stipulation for Dismissal with Prejudice [ECF No. 29], agreeing to dismiss this action with prejudice.

Accordingly, the Undersigned **dismisses** all claims and causes of action between Plaintiff Longhini and Defendant Fritanga Montelimar Plaza Inc. and **retains jurisdiction** to enforce the terms of their Settlement Agreement.

Because Plaintiff Longhini and Defendant Equity One, Inc. previously reached a settlement agreement and the Undersigned entered an Order on Joint Stipulation for Dismissal with Prejudice [ECF No. 28], there remains no pending claims or actions in

this case. Thus, the Undersigned directs the Clerk of Court to close the case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on May 19, 2017.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All Counsel of Record